IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | CASE NO. 4:21-CR-00122-001 LPR | |
| RANDALL EUGENE STANDRIDGE | | DEFENDANT |

### ORDER AMENDING JUDGMENT

Pending before the Court is the Government's motion to modify restitution (Doc. 37) as to the above-named defendant. The Court finds that for the reasons stated in the motion should be and hereby is *granted*. The Judgment and Commitment is amended as follows:

A.  **Social Security Administration**   $43,675.00
    Debt Management Section
    Attn: Court Refund
    Post Office Box 2861
    Philadelphia, Pennsylvania 19122

The total amount of restitution owed by the defendant is **$43,675.00**.

IT IS THEREFORE ORDERED that the Judgment and Commitment be amended to reflect the changes listed above, and that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 21st day of October 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE